IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRAKLI SEPIASHVILI | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-107 |
| | : | |
| MICHAEL ROSE, WARDEN JAMAL L. JAMISON | : | |
| | : | |

## ORDER

AND NOW, this 9th day of January 2026, upon reviewing Plaintiff's counseled Petition for habeas relief (ECF 1) and amended Petition (ECF 2) following his immigration detention beginning January 6, 2026, seeking prompt release, noting Defendants have not offered a bond hearing, and finding good cause to maintain and resolve the vested justiciability of Plaintiff's claim in a timely manner, it is **ORDERED** we:

1. **DIRECT** Plaintiff immediately serve the Petition (ECF 1), amended Petition (ECF 2) and this Order upon Defendants by email to desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov and file an affidavit confirming service by no later than **January 12, 2026**;

2. **GRANT** Defendants leave to respond to the Petition (ECF 1) compliant with our Policies by no later than **January 14, 2026**;

3. **PRECLUDE** Defendants from altering Plaintiff's custody including affecting his continuing presence in this District until further Order; and,

4. **CONFIRM** the filing of this Order on **January 9, 2026 at 8:20 AM EST**.

_____
**KEARNEY, J.**